1  Steven N. Williams (SBN 175489)
   Mark F. Ram (SBN 294050)
2  Joyce Change (SBN 3007880)
   COTCHETT, PITRE & McCARTHY, LLP
3  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
4  Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
6  swilliams@cpmlegal.com
   mram@cpmlegal.com
7  jchange@cpmlegal.com
8
   Warren T. Burns (Admitted *Pro Hac Vice*)
9  Spencer Cox (Admitted *Pro Hac Vice*)
   Will Thompson (CA State Bar No. 289012)
10 BURNS CHAREST LLP
   500 North Akard, Suite 2810
11 Dallas, Texas 75201
12 Telephone: (469) 904-4550
   Facsimile: (469) 444-5002
13 wburns@burnscharest.com
   scox@burnscharest.com
14 wthompson@burnscharest.com

15 Korey A. Nelson (Admitted *Pro Hac Vice*)
   BURNS CHAREST LLP
16 365 Canal Street, Suite 1170
17 New Orleans, LA 70130
   Telephone: (504) 799-2845
18 Facsimile: (504) 881-1765
   knelson@burnscharest.com
19
   *Attorneys for Plaintiff*
20

**IT IS SO ORDERED**
*Judge Thelton E. Henderson*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — court seal)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBIN KOZELKA, on Behalf of Herself And All Others Similarly Situated, | |
| Plaintiff, | **Case No. 3:16-cv-06526-TEH** |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| MYLAN N.V., and MYLAN SPECIALTY L.P., | |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL Page - 1

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses without prejudice the above entitled action.

Date: January 9, 2017                                  Respectfully submitted,

BURNS CHAREST, LLP

/s/ Will Thompson
_____

Steven N. Williams (SBN 175489)
Mark F. Ram (SBN 294050)
Joyce Change (SBN 3007880)
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com
mram@cpmlegal.com
jchange@cpmlegal.com

Warren T. Burns (Admitted *Pro Hac Vice*)
Spencer Cox (Admitted *Pro Hac Vice*)
Will Thompson (CA State Bar No. 289012)
BURNS CHAREST LLP
500 North Akard, Suite 2810
Dallas, Texas 75201
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
scox@burnscharest.com
wthompson@burnscharest.com

Korey A. Nelson (Admitted *Pro Hac Vice*)
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com

NOTICE OF VOLUNTARY DISMISSAL Page - 2